**TUCKER v. WESTLAKE**

[352 N.C. 146 (2000)]

WILLIAM A. TUCKER, JR. AND JAMES P. ASHBURN, T.C. HOMESLEY, JR., AND WILLIAM Y. WILKINS, AS CO-ADMINISTRATORS OF THE ESTATE OF WILLIAM ARNOLD TUCKER, SR. v. ANNE STEWART WESTLAKE (AKA ANNE STUART HARLEY TUCKER WESTLAKE) AND HUSBAND, WILLIAM RICHARD WESTLAKE

No. 5A00

(Filed 16 June 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 136 N.C. App. 162, 523 S.E.2d 139 (1999), finding no prejudicial error in a judgment entered 30 September 1998 by McHugh, J., in Superior Court, Iredell County. Heard in the Supreme Court 16 May 2000.

*Sharon Lowe for plaintiff-appellants.*

*Pope McMillan Kutteh Simon & Privette, P.A., by William H. McMillan and Ryan D. Bolick, for defendant-appellees.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in Judge Wynn's dissenting opinion.

REVERSED.